# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **FALISHA BLAYLAK,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | Civ. Action No. 1:18-cv-949 |
| | § | |
| **MOMENTUM CHARTERS, L.L.C, D/B/A AUSTIN CHARTER SERVICES, ABDUL ABDI, and DIANA ABDI,** | § § § § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Falisha Blaylak, and Defendants, Momentum Charters, LLC d/b/a Austin Charter Services, Abdul Abdi, and Diana Abdi, file this their Notice of Settlement and would respectfully show the Court as follows:

1. On January 15, 2019, the parties reached a settlement in this case.

2. The parties are in the process of preparing the settlement documents and within 30 days expect to dismiss this case with prejudice with each party to bear its own costs and attorney's fees.

Respectfully submitted,

*/s/ Laura E. De Santos*
Laura E. De Santos
**ATTORNEY IN CHARGE**
SBN: 00793612
ldesantos@grsm.com
Megan M. Mitchell
SBN: 24073504
mmmitchell@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1900 West Loop South, Suite 1000
Houston, TX  77027
Telephone: (713) 961-3366
Facsimile: (713) 961-3938

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Charles L. Scalise
Ross Law Group
1104 San Antonio St.
Austin, Texas 78701
charles@rosslawgroup.com

                                                /s/ *Megan M. Mitchell*___
                                                Megan M. Mitchell